```
                        UNITED STATES DISTRICT COURT

                       CENTRAL DISTRICT OF CALIFORNIA


MICHAEL CRAWFORD, JR.,            ) NO. CV 11-4758-DMG (MAN)
                                  )
            Petitioner,           )
                                  )
       v.                         ) JUDGMENT
                                  )
WARDEN,                           )
                                  )
            Respondent.           )
_____)


     Pursuant to the Court's Order Denying Application For Extension Of
Time,

     IT IS ADJUDGED that the above-captioned action is dismissed without
prejudice.

DATED: June 27, 2011
                                         /s/ Dolly M. Gee
                                      _____
                                           DOLLY M. GEE
                                    UNITED STATES DISTRICT JUDGE
```